# Court of Appeals
# of the State of Georgia

ATLANTA,  November 27, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0575.  ERIC LANIER CHAMBERS v. THE STATE.**

On May 10, 2017, following a jury trial, Eric Chambers was convicted of aggravated assault, false imprisonment, and battery.  Chambers filed a timely motion for new trial, which he subsequently withdrew.  On September 4, 2018, he filed a notice of appeal.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of the judgment being appealed.  See OCGA § 5-6-38 (a).  The timely filing of a motion for new trial extends the running of this 30-day clock until the trial court disposes of the motion.  Id.  Absent a court order resolving the motion, however, the appeal time is not extended.  As our Supreme Court has ruled, "OCGA § 5-6-38 requires a *trial court order* granting, denying, or otherwise finally disposing of a party's motion for new trial in order to extend the time for filing a notice of appeal." *Heard v. State*, 274 Ga. 196, 197 (1) (552 SE2d 818) (2001) (emphasis in original).  A unilaterally withdrawn motion for new trial, standing alone, does not toll the appeal time.  Id.

In this case, Chambers voluntarily withdrew his motion for new trial.  The trial court neither ruled on the motion nor granted him permission to withdraw it.  The time for filing his direct appeal, therefore, was not extended, and his notice of appeal was untimely because it was filed more than 30 days after his conviction.  Id; see also *Simmons v. State*, 276 Ga. 525, 525 n.1 (579 SE2d 735) (2003).  Accordingly, we cannot consider Chambers's appeal, which is hereby DISMISSED.

We note, however, that Chambers may be entitled to pursue an out-of-time appeal.  He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because

your counsel failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Chambers and Chambers's attorney, and the latter is also directed to send a copy to Chambers.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,   11/27/2018*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



    *, Clerk.*